UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT D. BENCH                    NO. 21-11432 PMM

STIPULATION IN RESOLUTION OF DEBTOR'S
TO OBJECTION TO PROOF OF CLAIM NO. 5 OF
QUANTUM3 GROUP, AGENT [DOC. 24]

The parties, by counsel stipulate as follows:

Quantum3 Group LLC, Agent for Credit Corp Solutions, Inc., shall have a general unsecured claim of **$2,200.00.** Quantum3, Agent, shall file an Amended Proof of Claim pursuant to this stipulation.

October 27, 2021

| ARM LAWYERS | GERSHMAN LAW OFFICES PC |
|---|---|
| *(signature)* | *(signature)* |
| Patrick J. Best | Howard Gershman |
| 18 N. 8th Street | 610 York Road, Ste. 200 |
| Stroudsburg, PA 18360 | Jenkintown, PA 19046 |
| 570-424-6899 | 215.886.1120 |
| kate@armlawyers.com | howard@gershman-law.com |
| For Debtor, Robert D. Bench | For Claimant, Quantum3 Group, Agent |